| Information to identify the case: | | | | |
|---|---|---|---|---|
| Debtor 1 | **Elihu Gillespie Jr.** | | Social Security number or ITIN | **xxx–xx–7525** |
| | First Name  Middle Name  Last Name | | EIN | _ _–_ _ _ _ _ _ _ |
| Debtor 2 (Spouse, if filing) | First Name  Middle Name  Last Name | | Social Security number or ITIN | _ _ _ _ |
| | | | EIN | _ _–_ _ _ _ _ _ _ |
| United States Bankruptcy Court | **Eastern District of Texas** | | Date case filed for chapter | **13  2/7/17** |
| Case number: | **17–40267** | | | |

Official Form 309I

# Notice of Chapter 13 Bankruptcy Case        12/15

**For the debtors listed above, a case has been filed under chapter 13 of the Bankruptcy Code. An order for relief has been entered.**

**This notice has important information about the case for creditors, debtors, and trustees, including information about the meeting of creditors and deadlines. Read both pages carefully.**

The filing of the case imposed an automatic stay against most collection activities. This means that creditors generally may not take action to collect debts from the debtors, the debtors' property, and certain codebtors. For example, while the stay is in effect, creditors cannot sue, garnish wages, assert a deficiency, repossess property, or otherwise try to collect from the debtors. Creditors cannot demand repayment from debtors by mail, phone, or otherwise. Creditors who violate the stay can be required to pay actual and punitive damages and attorney's fees. Under certain circumstances, the stay may be limited to 30 days or not exist at all, although debtors can ask the court to extend or impose a stay.

Confirmation of a chapter 13 plan may result in a discharge. Creditors who assert that the debtors are not entitled to a discharge under 11 U.S.C. § 1328(f) must file a motion objecting to discharge in the bankruptcy clerk's office within the deadline specified in this notice. Creditors who want to have their debt excepted from discharge may be required to file a complaint in the bankruptcy clerk's office by the same deadline. (See line 13 below for more information.)

To protect your rights, consult an attorney. All documents filed in the case may be inspected at the bankruptcy clerk's office at the address listed below or through PACER (Public Access to Court Electronic Records at www.pacer.gov).

**The staff of the bankruptcy clerk's office cannot give legal advice.**

**To help creditors correctly identify debtors, debtors submit full Social Security or Individual Taxpayer Identification Numbers, which may appear on a version of this notice. However, the full numbers must not appear on any document filed with the court.**

**Do not file this notice with any proof of claim or other filing in the case. Do not include more than the last four digits of a Social Security or Individual Taxpayer Identification Number in any document, including attachments, that you file with the court.**

| | | About Debtor 1: | About Debtor 2: |
|---|---|---|---|
| 1. | **Debtor's full name** | Elihu Gillespie Jr. | |
| 2. | **All other names used in the last 8 years** | | |
| 3. | **Address** | 1701 Duck Cove Dr.<br>Aubrey, TX 76227 | |
| 4. | **Debtor's attorney**<br>Name and address | Diane S. Barron<br>Barron and Barron<br>660 N. Central Expy, Ste 101<br>Plano, TX 75074 | Contact phone 972–422–9377<br>Email _____ |
| 5. | **Bankruptcy trustee**<br>Name and address | Carey D. Ebert<br>P. O. Box 941166<br>Plano, TX 75094–1166 | Contact phone (972) 943–2580<br>Email _____ |
| 6. | **Bankruptcy clerk's office**<br>Documents in this case may be filed at this address.<br>You may inspect all records filed in this case at this office or online at www.pacer.gov. | Suite 300B<br>660 North Central Expressway<br>Plano, TX 75074 | Hours open Mon–Fri 8am–4pm<br>Contact phone (972)509–1240<br>Date: 3/7/17 |

**For more information, see page 2**

| | | |
|---|---|---|
| **7. Meeting of creditors**<br>Debtors must attend the meeting to be questioned under oath. In a joint case, both spouses must attend. Creditors may attend, but are not required to do so. | **April 6, 2017 at 10:00 AM**<br><br>The meeting may be continued or adjourned to a later date. If so, the date will be on the court docket. | **Location:**<br>**Plano 341 Meeting, 500 North Central Expressway, Suite 380, Plano, TX 75074** |
| **8. Deadlines**<br>The bankruptcy clerk's office must receive these documents and any required filing fee by the following deadlines. | **Deadline to file a complaint to challenge dischargeability of certain debts:**<br><br>**You must file:**<br>• a motion if you assert that the debtors are not entitled to receive a discharge under U.S.C. § 1328(f) or<br>• a complaint if you want to have a particular debt excepted from discharge under 11 U.S.C. § 523(a)(2) or (4). | **Filing deadline: 6/5/17** |
| | **Deadline for all creditors to file a proof of claim (except governmental units):** | **Filing deadline: 7/5/17** |
| | **Deadline for governmental units to file a proof of claim:** | **Filing deadline: 8/7/17** |
| | **Deadlines for filing proof of claim:**<br> A proof of claim is a signed statement describing a creditor's claim. A proof of claim form may be obtained at www.uscourts.gov or any bankruptcy clerk's office.<br>If you do not file a proof of claim by the deadline, you might not be paid on your claim. To be paid, you must file a proof of claim even if your claim is listed in the schedules that the debtor filed.<br>Secured creditors retain rights in their collateral regardless of whether they file a proof of claim. Filing a proof of claim submits the creditor to the jurisdiction of the bankruptcy court, with consequences a lawyer can explain. For example, a secured creditor who files a proof of claim may surrender important nonmonetary rights, including the right to a jury trial. | |
| | **Deadline to object to exemptions:**<br>The law permits debtors to keep certain property as exempt. If you believe that the law does not authorize an exemption claimed, you may file an objection. | **Filing deadline:** 30 days after the *conclusion* of the meeting of creditors |
| **9. Filing of plan** | The debtor has filed a plan. The plan or a summary of the plan will be sent separately. The hearing on confirmation will be held on:<br>**5/3/17** at **09:30 AM**, Location: **Plano Bankruptcy Courtroom, 660 N. Central Expressway, Third Floor, Plano, TX 75074**<br><br>**Objections to confirmation must be filed in writing with the Court no later than (14) days prior to the scheduled hearing to consider confirmation of the plan.** | |
| **10. Creditors with a foreign address** | If you are a creditor receiving a notice mailed to a foreign address, you may file a motion asking the court to extend the deadline in this notice. Consult an attorney familiar with United States bankruptcy law if you have any questions about your rights in this case. | |
| **11. Filing a chapter 13 bankruptcy case** | Chapter 13 allows an individual with regular income and debts below a specified amount to adjust debts according to a plan. A plan is not effective unless the court confirms it. You may object to confirmation of the plan and appear at the confirmation hearing. A copy or summary of the plan, if not enclosed, will be sent to you later, and if the confirmation hearing is not indicated on this notice, you will be sent notice of the confirmation hearing. The debtor will remain in possession of the property and may continue to operate the business, if any, unless the court orders otherwise. | |
| **12. Exempt property** | The law allows debtors to keep certain property as exempt. Fully exempt property will not be sold and distributed to creditors, even if the case is converted to chapter 7. Debtors must file a list of property claimed as exempt. You may inspect that list at the bankruptcy clerk's office or online at www.pacer.gov. If you believe that the law does not authorize an exemption that debtors claimed, you may file an objection by the deadline. | |
| **13. Discharge of debts** | Confirmation of a chapter 13 plan may result in a discharge of debts, which may include all or part of a debt. However, unless the court orders otherwise, the debts will not be discharged until all payments under the plan are made. A discharge means that creditors may never try to collect the debt from the debtors personally except as provided in the plan. If you want to have a particular debt excepted from discharge under 11 U.S.C. § 523(a)(2) or (4), you must file a complaint and pay the filing fee in the bankruptcy clerk's office by the deadline. If you believe that the debtors are not entitled to a discharge of any of their debts under 11 U.S.C. § 1328(f), you must file a motion. | |

NOTICE: Pursuant to L.R.B.P. 6007 the Trustee may announce at this meeting his intention to abandon specific property of the estate having a total value of not more than $1500.

```
                              United States Bankruptcy Court
                                 Eastern District of Texas
In re:                                                                   Case No. 17-40267-btr
Elihu Gillespie, Jr.                                                     Chapter 13
       Debtor                        CERTIFICATE OF NOTICE
District/off: 0540-4          User: carterl                Page 1 of 2         Date Rcvd: Mar 07, 2017
                              Form ID: 309I                Total Noticed: 32


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Mar 09, 2017.
db             +Elihu Gillespie, Jr.,    1701 Duck Cove Dr.,    Aubrey, TX 76227-8596
aty             Stephen G. Wilcox,    Wilcox Law, PLLC,    P.O. Box 11509,    Fort Worth, TX  76110-0509
7251307         Ace Cash Express,    2215 SR-288 Loop,    Denton, TX 76205
7251308        +Agerian Franklin,    1701 Duck Cove Dr.,    Aubrey, TX 76227-8596
7254364        +Attorney General of Texas,    Region 9 Bankruptcy Section,    2001 Beach Street, Suite 700,
                 Fort Worth, TX 76103-2315
7251309        +Barron & Barron, LLP,    P.O. Box 1347,    Nederland, Texas 77627-1347
7251310         Central File Maintenace/Attorney General,     POB 12048,    Austin, TX 78711-2048
7251311        +Cherokee County Appraisal District,     PO Box 494,    Rusk, TX 75785-0494
7251312        +ECMC,   PO Box 16408,    Saint Paul, MN 55116-0408
7251315        +LeTourneau College,    PO Box 7001,    Longview, TX 75607-7001
7251316         Ocwen Loan Servicing,    P.O. Box 24738,    West Palm Beach, FL 33416-4738
7251317        +Paloma Creek HOA,    c/o Slater Pugh,    8400 N. Mopac Expressway, Ste. 100,
                 Austin, TX 78759-8336
7251319        +Premier Credit,    PO Box 19309,    Indianapolis, IN 46219-0309
7251318        +Premier Credit,    POB 1022,    Wixom, MI 48393-1022
7251323        +Smith County Tax Office,    P.O. Box 2011,    Tyler, TX 75710-2011
7251325        +TC,   pO Box 659602,    San Antonio, TX 78265-9602
7251326         Texas Guaranted Student Loan,    POB 201725,    Austin, TX 78720-1725
7251328         U.S. Attorney General,    Main Justice Building,    10th and Constitution Ave NW,
                 Washington, DC 20530-0001
7251331        +US Dept. of Education,    400 Maryland Ave S.W.,    Washington, DC 20202-0008
7251329         United States Attorney's Office,    110 North College Ave., Ste 700,    Tyler, Texas 75702-0204
7251330        +Univ. of Phoenix,    3157 E. El Wood St.,    Phoenix, AZ 85034-7209

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
aty             E-mail/Text: ecffiling@rbarronlaw.com Mar 08 2017 02:04:59      Diane S. Barron,
                 Barron and Barron,    660 N. Central Expy, Ste 101,    Plano, TX  75074
tr              E-mail/Text: ebn@ch13plano.com Mar 08 2017 02:06:02      Carey D. Ebert,    P. O. Box 941166,
                 Plano, TX  75094-1166
ust            +E-mail/Text: ustpregion06.ty.ecf@usdoj.gov Mar 08 2017 02:05:21      US Trustee,
                 Office of the U.S. Trustee,    110 N. College Ave.,    Suite 300,    Tyler, TX 75702-7231
7260898        +EDI: AISACG.COM Mar 08 2017 01:43:00      Capital One Auto Finance,,    P.O. Box 165028,
                 Irving, TX 75016-5028
7251314         EDI: IRS.COM Mar 08 2017 01:43:00      IRS,   POB 660169,    Dallas, TX 75266
7251320        +E-mail/Text: bankruptcy@gopfs.com Mar 08 2017 02:05:51      Prestige Financial Services,
                 POB 26707,    Salt Lake City, UT 84126-0707
7251321        +E-mail/Text: bankruptcy@progfinance.com Mar 08 2017 02:05:35      Progressive Leasing,
                 256 Data Dr.,    Draper, UT 84020-2315
7254649         EDI: Q3G.COM Mar 08 2017 01:43:00      Quantum3 Group LLC as agent for,    MOMA Funding LLC,
                 PO Box 788,    Kirkland, WA  98083-0788
7251322        +E-mail/Text: bankruptcy@rentacenter.com Mar 08 2017 02:06:10      Rent-A-Center,
                 606 W. University Dr.,    Denton, TX 76201-1889
7251324        +E-mail/Text: bankruptcy@speedyinc.com Mar 08 2017 02:05:17      Speedy Cash,
                 400 W. University Dr.,    Denton, TX 76201-1842
7251327        +E-mail/Text: bankruptcy@cottonwoodfinancial.com Mar 08 2017 02:05:11      The Cash Store,
                 2050 University Dr. #130,    McKinney, TX 75071-2226
                                                                                              TOTAL: 11

              ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr              Prestige Financial Services
aty*            Carey D. Ebert,    P. O. Box 941166,    Plano, TX  75094-1166
7251313*       ++INTERNAL REVENUE SERVICE,    CENTRALIZED INSOLVENCY OPERATIONS,    PO BOX 7346,
                 PHILADELPHIA PA 19101-7346
                (address filed with court: Internal Revenue Service,     POB 21126,    Philadelphia, PA 19114)
                                                                                              TOTALS: 1, * 2, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).
```

```
District/off: 0540-4          User: carterl              Page 2 of 2                  Date Rcvd: Mar 07, 2017
                              Form ID: 309I              Total Noticed: 32
```

***** BYPASSED RECIPIENTS (continued) *****

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 09, 2017                                          Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on March 7, 2017 at the address(es) listed below:
              Carey D. Ebert    on behalf of Trustee Carey D. Ebert, ECFch13plano@ch13plano.com
              Carey D. Ebert,    ECFch13plano@ch13plano.com
              Diane S. Barron    on behalf of Debtor Elihu  Gillespie, Jr. ecffiling@rbarronlaw.com,
               ecffiling@yahoo.com
              Stephen G. Wilcox    on behalf of Creditor   Prestige Financial Services kraudry@wilcoxlaw.net,
               krw77@sbcglobal.net;swilcox@wilcoxlaw.net
              US Trustee    USTPRegion06.TY.ECF@USDOJ.GOV
                                                                                              TOTAL: 5
```