Certificate Number: 18567-TXE-DE-038460455

Bankruptcy Case Number: 17-40267



18567-TXE-DE-038460455

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on May 8, 2024, at 7:43 o'clock PM CDT, Elihu Gillespie completed a course on personal financial management given by internet by Carey D. Ebert, Standing Chapter 13 Trustee, a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the Eastern District of Texas.

Date:  May 9, 2024

By:  /s/Amy Tate-Almy

Name:  Amy Tate-Almy

Title:  Financial Counselor, Trustees' Education Network